STATE v. RAWLS

No. 218P86.

Case below: 70 N.C. App. 230.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 12 August 1986.

STATE v. ROARK

No. 306P86.

Case below: 80 N.C. App. 338.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

STATE v. SHEA

No. 407P86.

Case below: 80 N.C. App. 705.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 12 August 1986.

STATE v. TAYLOR

No. 355P86.

Case below: 80 N.C. App. 560.

Petition by L. J. Moore for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

STATE v. THOMPSON

No. 422P86.

Case below: 81 N.C. App. 157.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.